Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

In re:
Stephanie Dee Peppers,

Debtor.

Case No. 20-43636-mxm13
Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Order of Discharge* (Dkt.56) was served on January 5, 2025, via First-Class Mail to Digestive Health Associates at the following addresses:

Digestive Health Associates
929 Gessner Road Suite 1360
Houston, TX 77024

Digestive Health Associates
c/o C T CORPORATION SYSTEM
1999 Bryan St., Suite 900
Dallas, TX 75201

Digestive Health Associates
8267 Elmbrook Dr., Suite 200
Dallas, TX 75247 - 4078

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor