**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>STEPHANIE DEE PEPPERS<br><br>Debtor(s) | Case No. 20-43636-MXM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tim Truman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2020.

2) The plan was confirmed on 02/23/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/20/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/25/2025.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $69,125.81.

10) Amount of unsecured claims discharged without payment: $36,378.25.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,567.66 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$33,567.66** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,122.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,217.90 |
| Other | $194.97 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,534.87** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES | Unsecured | 34,258.00 | 34,167.83 | 34,167.83 | 17,776.15 | 0.00 |
| AMERICAN RADIOLOGY CONSULTS | Unsecured | 65.96 | NA | NA | 0.00 | 0.00 |
| BAYLOR MEDICAL CENTER | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN RIVERWALK | Unsecured | 3,233.41 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 32,992.00 | 32,688.18 | 32,688.18 | 0.00 | 0.00 |
| CASUS HEALTH CARE LLC | Unsecured | 1,056.79 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 8,204.00 | 8,227.11 | 8,227.11 | 4,280.24 | 0.00 |
| CHILDRENS HEALTH | Unsecured | 321.45 | NA | NA | 0.00 | 0.00 |
| CITY OF IRVING FIRE DEPARTMENT | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SERVICE CO | Unsecured | 188.50 | 1,000.29 | 1,000.29 | 520.41 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH ASSOCIATES | Unsecured | 1,207.51 | NA | NA | 0.00 | 0.00 |
| FRISCO EMERGENCY MEDICAL | Unsecured | 314.36 | NA | NA | 0.00 | 0.00 |
| FRISCO EMERGENCY MEDICAL | Unsecured | 223.30 | NA | NA | 0.00 | 0.00 |
| FURNITURE ROW CAPITAL ONE RET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN PROTECTION SERVICES | Unsecured | 372.19 | NA | NA | 0.00 | 0.00 |
| HCA SETTLEMENT CAMPAIGN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEALTH IMAGING PARTNERS LLC | Unsecured | 197.79 | NA | NA | 0.00 | 0.00 |
| HEALTH IMAGING PARTNERS LLC | Unsecured | 713.70 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 3,718.00 | 3,718.17 | 3,718.17 | 1,934.42 | 0.00 |
| KURT GILINGHAM | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEGACY URGENT CARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LONE STAR TOX SCREEN | Unsecured | 259.26 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | 1,160.98 | 1,160.98 | 604.01 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 837.00 | 872.28 | 872.28 | 453.81 | 0.00 |
| MAURICES CAPITAL ONE RETAIL SE | Unsecured | 1,292.06 | NA | NA | 0.00 | 0.00 |
| MAURICES CAPITAL ONE RETAIL SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MAURICES CAPITAL ONE RETAIL SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CITY LAS COLINAS 06742 | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| METROPLEX ANESTHESIA | Unsecured | 409.50 | NA | NA | 0.00 | 0.00 |
| MOSS LAW FIRM PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH TEXAS ENDOSCOPY CENTER | Unsecured | 493.24 | NA | NA | 0.00 | 0.00 |
| NORTH TEXAS NEPHROLOGY ASSOC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| NORTH TEXAS NEPHROLOGY ASSOC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | 1,292.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 608.00 | 608.83 | 608.83 | 316.75 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,682.71 | 2,682.71 | 2,682.71 | 1,395.71 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,292.00 | 1,292.06 | 1,292.06 | 672.21 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 869.73 | NA | NA | 0.00 | 0.00 |
| QUESTCARE MEDICAL SERVICES | Unsecured | 94.02 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT GROU | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| SCOTT AND WHITE EMS INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SOUTHLAKE EMERGENCY PLLC | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| SOUTHLAKE SPECIALTY HOSPITAL L | Unsecured | 2,765.41 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| SYNERPRISE CONSULTING SERVICES | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| TDDC | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH HARRIS METHODIST | Unsecured | 2,765.41 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 45.00 | 90.00 | 90.00 | 46.82 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH PHYSICIANS GROUP | Unsecured | 15.25 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH RESOURCES | Unsecured | 62.00 | 62.00 | 62.00 | 32.26 | 0.00 |
| TURNING POINT | Unsecured | 599.90 | NA | NA | 0.00 | 0.00 |
| WILLIAM S MARSH III DO PA | Unsecured | 875.22 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $32,688.18 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,688.18** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,882.26** | **$28,032.79** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,534.87 |
| Disbursements to Creditors | $28,032.79 |
| **TOTAL DISBURSEMENTS** : | **$33,567.66** |

   12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/13/2026

              By: /s/ Tim Truman
                 Tim Truman, Standing Chapter 13 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**