**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                            Case No: 20-43636-MXM

     STEPHANIE DEE PEPPERS

     Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $33,567.66 |
| Administrative Disbursements  * | $5,534.87 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $28,032.79 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $33,567.66 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

March 13, 2026 _____          /s/ Tim Truman _____

                                                     Tim Truman, Standing Chapter 13 Trustee