Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re: <br> Stephanie Dee Peppers, <br><br> Debtor. | Case No. 20-43636-mxm13 <br> Chapter 13 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Order of Discharge* (Dkt.56) was served on March 13, 2026, via First-Class Mail to the following parties at their corresponding addresses:

City of Irving Fire Department
PO Box 843949
Dallas, TX 75284-3949

Texas Health Harris Methodist
Methodist Southlake
1545 E Southlake Blvd.
Southlake, TX 76092

William S. Marsh, III, D.O.
5320 E Central Texas Expy #105
Killeen, TX 76543

HCA Settlement Campaign
PO Box 1629
Maryland Heights, MO 63043-0629

Furniture Row-Capital One Retail Service
PO Box 60504
City of Industry, CA 91716-0504

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor