**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In Re:                                                            Case No: 20-43636-MXM

    STEPHANIE DEE PEPPERS


    Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $33,567.66 |
| Administrative Disbursements  * | $5,534.87 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $28,032.79 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $33,567.66 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.


March 13, 2026                                    /s/ Tim Truman

                                                Tim Truman, Standing Chapter 13 Trustee

United States Bankruptcy Court

Northern District of Texas

In re:                                                        Case No. 20-43636-mxm

Stephanie Dee Peppers                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                         User: admin                              Page 1 of 5

Date Rcvd: Mar 16, 2026                  Form ID: pdf013                      Total Noticed: 106

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Dee Peppers, 858 Sunshine Lane, Grapevine, TX 76051-4139 |
| sp | + | Jovani Diaz, Bergquist Law Firm, 3811 Turtle Creek Blvd, Suite 4580, Dallas, Tx 75219-4693 |
| 19254762 | | ARS National Services, Inc., PO Box 969046, Escondido, CA 92046-9046 |
| 19254761 | | American Radiology Consultants, PO Box 678253, Dallas, TX 75267-8253 |
| 19254765 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19254763 | + | Baylor Scott & White, 2001 Bryan Street Suite 2600, Dallas, TX 75201-3065 |
| 19254764 | | Baylor Scott & White, PO BOX 847229, Dallas, TX 75284-7229 |
| 19254766 | | Camden Riverwalk, 3800 Grapevine Mills Pkwy, Grapevine, TX 76051-0960 |
| 19254768 | | Capital One Auto Finance, 933 Preston Road, Plano, TX 75024 |
| 19254772 | | Casus Healthcare, LLC, PO Box 58180, Oklahoma City, OK 73157-8180 |
| 19254775 | + | Central TX Sport & Spine, 5320 E. Central Texas Expy., Suite 105, Killeen, TX 76543-5516 |
| 19254779 | + | Childrens Health, 1935 Medical District Drive, Dallas, TX 75235-7794 |
| 19254782 | | City of Irving Fire Department, PO Box 843949, Dallas, TX 75284-3949 |
| 19254781 | | City of Irving Fire Department, CO Change Healthcare, 3131 Newmark Dr. Suite 100, Miamiburg, OH 45342-5400 |
| 19254783 | + | Client Services, 2172 Bluestone Dr., Saint Charles, MO 63303-5990 |
| 19254789 | | Digestive Health Associates, PO BOX 734221, Dallas, TX 75373-4221 |
| 19254788 | + | Digestive Health Associates, 929 Gessner Road, Suite 1360, Houston, TX 77024-2469 |
| 19254792 | + | Envision Imagining of Southlake, 525 E. Souhtlake Blvd., Southlake, TX 76092-6235 |
| 19254793 | | Frisco Emergency Medical Associates, PA, PO BOX 12872, Oklahoma City, OK 73157-2872 |
| 19254795 | + | Furniture Row- Capital One Retail Serice, PO Box 60504, City of Industry, CA 91716-0504 |
| 19254798 | + | Gideon Receivables Management, LLC, PO Box 268946, Oklahoma City, OK 73126-8946 |
| 19254797 | | Gideon Receivables Management, LLC, PO Box 916, Edmond, OK 73083-0916 |
| 19254799 | + | Guardian Protection, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 19254800 | | HCA Settlement Campaign, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 19254801 | + | Health Imaging Partners, LLC, PO Box 17546, Denver, CO 80217-0546 |
| 19254805 | | Legacy Urgent Care, 9205 Legacy Drive., Frisco, TX 75033-6750 |
| 19254806 | | Legacy Urgent Care, PA, PO BOX 58239, Oklahoma City, OK 73157-8239 |
| 19254812 | | Lone Star Tox Screen, 1017 Fort Worth St, Suite 550B, Grand Prairie, TX 75050-5402 |
| 19254822 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19254814 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19254815 | | Maurices- Capital One Retail Serice, PO Box 60504, City of Industry, CA 91716-0504 |
| 19254816 | + | Maurices- Capital One Retail Serice, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 19254817 | | Medical City Las Colinas 06742, PO Box 740782, Cincinnati, OH 45274-0782 |
| 19254820 | | Metroplex Anesthesia Consultants, PO BOX 734220, Dallas, TX 75373-4220 |
| 19254819 | + | Metroplex Anesthesia Consultants, 7610 N Stemmons Fwy, Suite 600, Dallas, TX 75247-4228 |
| 19254825 | + | NPAS Solutions, PO Box 12914, Norfolk, VA 23541-0914 |
| 19254823 | + | North Texas Endoscopy Centers, 7610 N Stemmons Freeway, Suite 600, Dallas, TX 75247-4228 |
| 19254824 | + | North Texas Nephrology Associates, PO BOX 13722, Arlington, TX 76094-0722 |
| 19254826 | + | One Advantage, 1252 W. State Rd. 2, LaPorte, IN 46350 |
| 19254828 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19254831 | | Questcare Medical Services, PO Box 99082, Las Vegas, NV |
| 19254836 | + | Southlake Emergency, PLLC, PO Box 720508, Norman, OK 73070-4373 |
| 19254837 | + | Southlake Specialty Hospital, LLC, 1545 E Southlake Blvd, Southlake TX 76092-6422 |
| 19254843 | | TDDC, Texas Digestive Disease Consultants, PO BOX 206239, Dallas, TX 75320-6239 |
| 19254844 | + | Texas Health Harris Methodist, Methodist Southlake, 1545 E Southlake Blvd,, Southlake, TX 76092-6422 |
| 19254848 | + | Turning Pointe, 2801 Morriss Rd,, Flower Mound, TX 75028-3662 |

District/off: 0539-4 | User: admin | Page 2 of 5
Date Rcvd: Mar 16, 2026 | Form ID: pdf013 | Total Noticed: 106

| | | |
|---|---|---|
| 19254849 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |
| 19254852 | | Valentine & Kebartas, LLC, PO Box 325, Lawrence, MA 01842-0625 |
| 19254853 | + | William S. Marsh, III, D.O., 5320 E Central Texas Expy #105, Killeen, TX 76543-5516 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2026 22:33:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19265824 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 16 2026 22:26:00 | Ascendium Education Solutions and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 19254760 | + | Email/Text: bncnotifications@pheaa.org | Mar 16 2026 22:26:00 | Aes-blue Ridge Funding, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 19254778 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 16 2026 22:27:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19254767 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 16 2026 22:34:09 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19257667 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2026 22:34:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19263817 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2026 22:33:48 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 19254770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 22:33:55 | Capital One Services, LLC, PO Box 85619, Richmond, VA 23285-5619 |
| 19254769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 22:34:03 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19254771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 22:33:55 | Capital One-boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19254773 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2026 22:27:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 19305965 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2026 22:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 19254774 | + | Email/Text: ngisupport@radiusgs.com | Mar 16 2026 22:26:00 | Central Credit Services, LLC, 9550 Regency Square Blvd., Suite 520, Jacksonville, FL 32225-8169 |
| 19254777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 22:33:46 | Chase Card Services, Attn: Bankruptcy, PO Box 6294, Carole Stream, IL 60197-6294 |
| 19254776 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 22:34:03 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19254780 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 22:33:51 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 19254784 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Mar 16 2026 22:26:00 | Computer Credit, Inc., 470 West Planes Mills Rd, PO Box 5238, Winston-Salem, NC 27113-5238 |
| 19254785 | | Email/Text: cscbk@creditservicecompany.com | Mar 16 2026 22:26:00 | Credit Servicing Company, Inc., PO Box 1120, Colorado Springs, CO 80901-1120 |
| 19254786 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Mar 16 2026 22:27:00 | Credit Systems International, Inc, Attn: Bankruptcy, PO Box 1088, Arlington, TX 76004-1088 |
| 19254790 | | Email/Text: accountsupport@dhca.us | Mar 16 2026 22:26:00 | Diversified healthcare Services, Inc., 800 E. |

| | | | |
|---|---|---|---|
| | | | Campbell Rd. Suite 399, Richardson, TX 75081 |
| 19254791 | Email/Text: accountsupport@dhca.us | Mar 16 2026 22:26:00 | Diversified healthcare Services, Inc., PO BOX 830808, Richardson, TX 75083-0808 |
| 19254787 | + Email/Text: dgyservice@jwylaw.com | Mar 16 2026 22:26:00 | Dan G. Young, Jenkins & Young PC, 1623 10th St., Lubbock, TX 79401-2685 |
| 19254794 | Email/Text: bankruptcy@frost-arnett.com | Mar 16 2026 22:26:00 | Frost-Arnett, PO BOX 198988, Nashville, TX 37219 |
| 19254802 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Mar 16 2026 22:27:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 19254803 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2026 22:26:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19293831 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 16 2026 22:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19254807 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 16 2026 22:27:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19254808 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 16 2026 22:27:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19254813 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 22:33:50 | LVNV Funding LLC, Resurgent Capital Services, 55 Beattie Place Suite 110, Greenville, SC 29601-5115 |
| 19260416 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 22:34:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19254809 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2026 22:26:00 | Loft Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 19254811 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2026 22:26:00 | Loft Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 19254821 | Email/Text: e-service@mosslawfirmpc.com | Mar 16 2026 22:26:00 | Moss Law Firm, 4010 82nd Street Suite 230, PO Box 65020, Lubbock, TX 79464 |
| 19254818 | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 16 2026 22:27:00 | Medicredit, Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 19254829 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 22:33:49 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 19345266 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 22:33:49 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 19315139 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 22:34:06 | Portfolio Recovery Associates, LLC, c/o Furniture Row, POB 41067, Norfolk VA 23541 |
| 19353638 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 22:33:49 | Portfolio Recovery Associates, LLC, c/o Maurices, POB 41067, Norfolk VA 23541 |
| 19256135 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 22:34:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19254827 | + Email/Text: recovery@paypal.com | Mar 16 2026 22:26:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19254830 | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 16 2026 22:27:00 | Questcare Diagnostics, PO Box 740779, Cincinnati, OH 45274-0779 |
| 19254832 | Email/Text: accounting@recoveryrmg.com | Mar 16 2026 22:26:00 | Receivable Mgmt. Group, Inc., 2901 University Ave. No. 29, Columbus, GA 31907 |
| 19254833 | Email/Text: accounting@recoveryrmg.com | Mar 16 2026 22:26:00 | Receivables Management Group, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, 2901 University Ave. Suite No. 29, Columbus, GA 31917 |
| 19254834 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 22:33:50 | Resurgent Capital Services, Attn: Bankruptcy, POB 10497, Greenville, SC 29603-0497 |
| 19254835 | + | Email/Text: loans@swecu.org | Mar 16 2026 22:26:00 | Scott & White EMS INC, 2401 South 31st Street, Temple, TX 76508-0002 |
| 19254840 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 22:34:02 | Syncb-Rooms To Go, Attn: Bankruptcy, PO Box 96, Orlando, FL 32896-5033 |
| 19254838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 22:33:46 | Syncb-Rooms To Go, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19254839 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 22:33:54 | Syncb-Rooms To Go, Attn: Bankruptcy, PO Box 965033, Orlando, FL 32896-0061 |
| 19254841 | + | Email/Text: amccoy@synerpriseconsulting.com | Mar 16 2026 22:27:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 19254842 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 16 2026 22:26:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19294116 | ^ | MEBN | Mar 16 2026 22:26:51 | TEXAS HEALTH PHYSICIAN GROUP, PO BOX 733509, DALLAS, TX 75373-3509 |
| 19254846 | | Email/Text: THRBankruptcynotice@texashealth.org | Mar 16 2026 22:27:00 | Texas Health Physicians Group, PO BOX 733262, Dallas TX 75373-2262 |
| 19254845 | ^ | MEBN | Mar 16 2026 22:26:50 | Texas Health Physicians Group, PO BOX 733509, Dallas TX 75373-3509 |
| 19254847 | | Email/Text: THRBankruptcynotice@texashealth.org | Mar 16 2026 22:27:00 | Texas Health Resources, PO BOX 733546, Dallas TX 75373-3546 |
| 19256857 | | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2026 22:34:09 | Texas Health Resources, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 19254850 | ^ | MEBN | Mar 16 2026 22:26:08 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19254851 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 16 2026 22:26:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19254796 | * | Furniture Row- Capital One Retail Serice, PO Box 60504, City of Industry, CA 91716-0504 |
| 19254804 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |
| 19254810 | * | Loft Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0539-4                          User: admin                                    Page 5 of 5
Date Rcvd: Mar 16, 2026                        Form ID: pdf013                          Total Noticed: 106

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Stephanie Dee Peppers clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Stephanie Dee Peppers warren@norredlaw.com<br>anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 4